**Motion Granted; Appeals Dismissed and Memorandum Opinion filed December 8, 2011.**



In The

# Fourteenth Court of Appeals

———————

NOS. 14-10-00763-CV; 14-10-01176-CV; 14-10-01177-CV;
14-10-01178-CV; 14-10-01179-CV; 14-10-01257-CV;
14-10-01258-CV; 14-10-01259-CV; and 14-10-01260-CV

———————

**THE CITY OF HOUSTON, Appellant**

**V.**

**ISRAEL HERNANDEZ, COSME VILLARREAL ANGELIA EVANS PAUL G. WILLIAMS LLOYD MORRISON, II, RANDY G. CROWDER, J.M. GARRIS, GILBERT G. GONZALEZ, and PAUL S. TERRY, Appellees**

On Appeal from the following courts in
Harris County, Texas
151st District Court, Trial Court Cause No. 2007-19801
164th District Court, Trial Court Cause No. 2006-53902
164th District Court, Trial Court Cause No. 2006-70979
164th District Court, Trial Court Cause No. 2006-77728
164th District Court, Trial Court Cause No. 2007-16185
333rd District Court, Trial Court Cause No. 2007-40729
164th District Court, Trial Court Cause No. 2006-71996
164th District Court, Trial Court Cause No. 2007-13543
164th District Court, Trial Court Cause No. 2006-62664

# **MEMORANDUM OPINION**

These related appeals were consolidated for briefing and submission. On December 5, 2011, the parties filed a joint motion to dismiss these appeals because they have settled all claims. *See* Tex. R. App. P. 42.1. The motion is granted.

Accordingly, the appeals are ordered dismissed.

PER CURIAM

Panel consists of Chief Justice Hedges and Justices Anderson and Christopher.